AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-636-DMR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United Bank Card, Inc. c/o Corp Trust Company was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kelsea Holton , who is designated by law to accept service of process on behalf of *(name of organization)* United Bank Card, Inc. c/o Corp Trust Company on *(date)* Fri, Feb 15 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/15/2019

*Server's signature*: Sharon McCabe-Villa (signed)

Sharon McCabe-Villa

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 15, 2019, 12:27 pm EST at 820 Bear Tavern Rd, Ewing, NJ 08628 received by Kelsea Holton. Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Brown; Eyes: Hazel; Relationship: Registered Agent/Managing Agent At RA Office ;