Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Abante Rooter and Plumbing, Inc.,

Plaintiff(s),

v.

United Bank Card, Inc.

Defendant(s).

Case No: 4:19-cv-00636

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steven L. Woodrow, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Abante Rooter and Plumbing, Inc. in the above-entitled action. My local co-counsel in this case is Rebecca L. Davis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3900 E. Mexico Ave., Suite 300<br>Denver, Colorado 80210 | 410 12th Street, Suite 250<br>Oakland, California 94607 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 720-213-0675 | 510-836-4200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| swoodrow@woodrowpeluso.com | rebecca@lozeaudrury.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 43140.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 8, 2019

/s/ Steven L. Woodrow

APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 7, 2019

GRANTED
[Signature: W. H. Orrick]
Judge William H. Orrick

UNITED STATES [MAGI]STRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012