Richard T. Drury
richard@lozeaudrury.com
Rebecca Davis
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
*admitted *pro hac vice*

*Attorneys for Plaintiff*
ABANTE ROOTER AND PLUMBING
and the Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>**UNITED BANK CARD, INC. d/b/a/ HARBORTOUCH,** a New Jersey corporation,<br><br>                    Defendant. | Case No. 3:19-cv-00636-WHO<br><br>Hon. William H. Orrick<br><br>**STIPULATION EXTENDING UNITED BANK CARD, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**Date Action Filed: Feb. 5, 2019** |

Pursuant to Local Rule 6-1(a), Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff") and Defendant United Bank Card, Inc. d/b/a/ Harbortouch ("United Bank"), hereby stipulate to extend the time United Bank has to answer or otherwise respond to Plaintiff's Complaint to March 28, 2019.  This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated:  March 7, 2019    LOZEAU DRURY LLP

/s/ Rebecca Davis_____
Rebecca Davis
Attorneys For Plaintiff
Abante Rooter and Plumbing, Inc.

Dated:  March 7, 2019    Montgomery McCracken Walker & Rhoads LLP

/s/ John Papianou
John Papianou (*pro hac vice* forthcoming)
Attorneys For Defendant
United Bank Card, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted in the Electronic Mail Notice List.

Dated:  March 7, 2019

                                            LOZEAU DRURY LLP

                                            By:   */s/ Rebecca Davis*
                                                      Rebecca Davis

                                            Attorney for Plaintiff
                                            Abante Rooter and Plumbing, Inc.