Richard T. Drury
richard@lozeaudrury.com
Rebecca Davis
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED BANK CARD, INC. d/b/a HARBORTOUCH**, a New Jersey corporation, <br><br> Defendant. | Case No. 3:19-cv-00636-WHO <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint Filed: February 5, 2019 |

Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff and Defendant have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's individual claims will be dismissed with prejudice.

2. The Parties are presently working to finalize the settlement and believe a Notice of Dismissal will be filed within thirty (30) days.

1

|    |                      |                                                            |
|----|----------------------|------------------------------------------------------------|
| 1  |                      | Respectfully submitted,                                    |
| 2  |                      | **ABANTE ROOTER AND PLUMBING, INC.**,                      |
| 3  | Dated: May 8, 2019   | By:  /s/ Steven L. Woodrow                                 |
| 4  |                      |         One of Plaintiff's Attorneys                       |

Richard T. Drury
richard@lozeaudrury.com
Rebecca Davis
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

* *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, Steven L. Woodrow, an attorney, hereby certify that on May 8, 2019, I caused the above and foregoing papers to be served upon counsel of record by filing such papers via the Court's ECF system.

/s/ Steven L. Woodrow